**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___03/24/2022___
```

**Mark Jay Krum,**

**Plaintiff,**

**-against-**

**Personal Risk Management Solutions,**

**Defendant.**

**1:21-cv-10072 (JPO) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties today, the Court hereby Orders the following briefing schedule:

1. No later than March 31, 2022, Defendant shall file its motion for change of venue, pursuant to 28 U.S.C. § 1404.

2. No later than April 21, 2022, Plaintiff shall file any opposition.

3. No later than May 2, 2022, Defendant shall file any reply.

**SO ORDERED.**

Dated:      New York, New York
            March 24, 2022

_____
STEWART D. AARON
United States Magistrate Judge