**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 20-cv-03616-RM-GPG

MARK JAY KRUM,

     Plaintiff,

v.

CHUBB LIMITED,
GREAT NORTHERN INSURANCE COMPANY,
CELIA SANTANA,
DALE KRUPOWICZ, and
PERSONAL RISK MANAGEMENT SOLUTIONS, LLC,

     Defendants.

---

**ORDER OF CONSOLIDATION**

---

Before the Court is Defendants Santana and Krupowicz's Motion to Consolidate (ECF No. 174), which is unopposed.  Pursuant to Fed. R. Civ. P. 42(a), the Court finds that this case and *Krum v. Personal Risk Management Solutions, LLC*, No. 22-cv-01028-MEH, involve common questions of law or fact, including common parties and common claims, before this Court.  The Court further finds that consolidation of these two actions will promote judicial efficiency and avoid unnecessary costs and delays.  *See Ellerman Lines, Ltd. v. Atl. & Gulf Stevedores, Inc.*, 339 F.2d 673, 675 (3d Cir. 1964) (stating that Fed. R. Civ. P. 42(a) "confers upon a district court broad power, whether at the request of a party or upon its own initiative, to consolidate causes for trial as may facilitate the administration of justice").

It is therefore ORDERED that case number 20-cv-03616-RM-GPG and case number 22-cv-01028-MEH are hereby CONSOLIDATED for all purposes, and future filings in either of these actions shall contain the caption as set forth above and shall be docketed under the case number 20-cv-03616-RM-GPG.  This Order shall also be filed in case number 22-cv-01028-MEH.

DATED this 1st day of June, 2022.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge